UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

EFREM LYNCH,  Case No.: CV 09 2669

    Plaintiff,

-against-  NOTICE OF VOLUNTARY DISMISSAL PURSUANT
VALENTINE & KEBARTAS, INC.,  TO F.R.C.P. 41 (a)(1)(A)(i)

    Defendants.

-------------------------------------------------------X

Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff, EFREM LYNCH, by their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against the defendant VALENTINE & KEBARTAS, INC., with prejudice.

Dated: New York, New York
       February 18, 2010

_____/s/_____  _____/s/_____
BARRY JACOBS, ESQ. (BJ-0216)  AMIR J. GOLDSTEIN, ESQ.
Abrams, Gorelick, Friedman,  Attorneys for Plaintiff
& Jacobson, P.C.  EFREM LYNCH
Attorney for Defendant  591 Broadway, Suite 3A
VALENTINE & KEBARTAS, INC.,  New York, NY 10012
One Battery Park Plaza, 4th Fl.  Tel.: (212) 966-5253
New York, New York 10004
Tel.: (212) 422-1200
Fax: (212) 968-7573
Our File No.: 7213